UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAL OLENIACZ Plaintiff(s) )
)
vs. )
)
SEE ATTACHED )
Defendant(s) )
)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 26 2021
____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Civil Case No.: ____

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ◯ JURY   ⊗ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: MICHAL OLENIACZ
   Address: 36-106 TRZESOWKA 257 POLAND

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a.  Defendant: SEE ATTACHED

   Official Position: _____

   Address: _____

# DEFENDANTS INFORMATIONS

1. NATALI Ricci J II
   Other information - unknown

2. HENDRICK Corey J
   - " -

3. KIECHLE Ben P
   - " -

4. ROBERTS, RAY L
   - " -

5. SLATE Nathan D
   - " -

6. CARR Adam J
   - " -

7. WEST Eric, M
   - " -

8. ROGERS Matthew C
   - " -

    b.    Defendant: _SEE ATTACHED_

        Official Position: _____

        Address: _____

_____

_____

    c.    Defendant: _SEE ATTACHED_

        Official Position: _____

        Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

While I was held in SHU-200 at Gouverneur C.F. I've been assaulted by defendants 1-6 on 12/03/2018 at aprox 3:41. Defendants 7 and 8 decided to use "unusuall incident report", and "Use of Force" and gave me Tier III tichiet which I appealed to Albany office. The tichiet was reviewed and reversed. Also I observed medical malpractice from nursing stuff because I didn't get my medications which I supposed to be taking at the time. Also, upon information I believe, I've been sexually- mentally harrassed/abused.

5.  **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Because I did not get any mental health help, I started to freaking out in my cell and I felt like my mind is under somebody elses control.

### SECOND CAUSE OF ACTION

I picked up the mattres and I covered the "whole window cell". Right after I started punching it with my fists because I wanted these "voices" to stop bothering me. I never hit my head on the wall.

### THIRD CAUSE OF ACTION

When COs entered my cell, I was about 3 feet from the door. I did not have any time to resist however, defendants 1-6 jumped on me and started assaulted me while I was laying pushed down against the floor.

6.  **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Money demages: To Negotiate
I Want Justice!

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 04/06/2021

_Michal Oleniacz_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010