**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MICHAL OLENIACZ,

                            Plaintiff,                    9:20-cv-01608 (AMN/DJS)

    v.

ERIC M. WEST, RICCI NATALI,
ADAM J. CARR, NATHAN D. SLATE,
RAY L. ROBERTS, BEN P. KIECHLE,
and COREY J. HENDRICK,

                            Defendants.

---

## JURY VERDICT FORM

**PLEASE NOTE**

- Each Juror will be provided with a Verdict Form. However, your verdict should be reported to the Judge on **ONLY ONE Verdict Form, signed by the jury foreperson.** The remaining Verdict Forms should be returned to the courtroom deputy unsigned, following the completion of your deliberation.

- Please indicate your response to the following questions by placing an "X" on the appropriate lines.

- Please carefully follow the bold-type directions accompanying each question.

- **Proceed to Question 1 on the next page.**

\* \* \*

## Question 1

## Eighth Amendment – Excessive Force

Do you find that Plaintiff Michal Oleniacz has proven by a preponderance of the evidence each and every element of his Eighth Amendment excessive force claim under 42 U.S.C. § 1983 against:

| | | |
|---|---|---|
| Defendant Eric M. West? | Yes_____ | No__✗__ |
| Defendant Ricci Natali? | Yes_____ | No__✗__ |
| Defendant Adam J. Carr? | Yes_____ | No__✗__ |
| Defendant Nathan D. Slate? | Yes_____ | No__✗__ |
| Defendant Ray L. Roberts? | Yes_____ | No__✗__ |
| Defendant Ben P. Kiechle? | Yes_____ | No__✗__ |
| Defendant Corey J. Hendrick? | Yes_____ | No__✗__ |

**If you answered Yes to one or more Defendants, proceed to Question 2 on the next page.**

**If you answered No to all Defendants, your deliberations are complete. The Foreperson should sign and date the final page of this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.**

\* \* \*

## Question 2

### Eighth Amendment – Excessive Force
### Compensatory or Nominal Damages

What amount, if any, do you award as compensatory damages in connection with Plaintiff Michal Oleniacz's Eighth Amendment excessive force claim under 42 U.S.C. § 1983? If one or more of Defendants are found liable to Plaintiff in connection with his Eighth Amendment excessive force claim under 42 U.S.C. § 1983, the liable Defendants (if more than one) are jointly and severally liable for whatever compensatory damages you determine Plaintiff has suffered. Accordingly, you should calculate a single sum for Plaintiff's compensatory damages. (*Please Note*: If you find that Plaintiff's rights were violated but that Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of nominal damages in the sum of $1.00.)

$_____

**Proceed to Question 3 on the next page.**

\* \* \*

## Question 3

### Eighth Amendment – Excessive Force
### Punitive Damages

Do you find that Plaintiff Michal Oleniacz is entitled to an award of punitive damages in connection with his Eighth Amendment excessive force claim under 42 U.S.C. § 1983 against:

| | | |
|---|---|---|
| Defendant Eric M. West? | Yes_____ | No_____ |
| Defendant Ricci Natali? | Yes_____ | No_____ |
| Defendant Adam J. Carr? | Yes_____ | No_____ |
| Defendant Nathan D. Slate? | Yes_____ | No_____ |
| Defendant Ray L. Roberts? | Yes_____ | No_____ |
| Defendant Ben P. Kiechle? | Yes_____ | No_____ |
| Defendant Corey J. Hendrick? | Yes_____ | No_____ |

**Proceed to the bottom of this page.**

**The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.**

**Foreperson's signature:** ███████████████ Date: August 14, 2024
\*\*\*REDACTED\*\*\*